J. E. REYNOLDS, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 25575. Promulgated September 28, 1929.

*C. M. Pasquier, C. P. A.*, for the petitioner.
*Frank S. Easby-Smith, Esq.*, for the respondent.

694

OPINION.

LITTLETON: The issue here raised is identical with that decided to-day in *C. A. Tooke*, 17 B. T. A. 690, and consistent therewith we hold that the Commissioner was in error in including the income of the partnerships for the period April 1, 1922, to September 30, 1922, in petitioner's return for the calendar year 1922.

*Judgment will be entered under Rule 50.*